■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON J. BROOKS, Appellant. (Appeal No. 1.) [937 NYS2d 664]—

Present—Smith, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.